## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

STAFFMORE, LLC,

     Petitioner

    v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW (JESSE FRASCH),

     Respondent

: No. 218 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 7th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.